| | |
|---|---|
| KAREN PARKER SKODA and BARBARA KALEMKERIAN, in their capacity as co-trustees on behalf of the PARKER FAMILY TRUST OF 2012, Derivatively on Behalf of Nominal Defendant, LINN ENERGY, LLC,<br>    Plaintiff,<br>vs.<br><br>MARK E. ELLIS, MICHAEL C. LINN, KOLJA ROCKOV, DAVID B. ROTTINO, JOSEPH P. MCCOY, GEORGE A. ALCORN, DAVID D. DUNLAP, and JEFFREY C. SWOVELAND,<br>    Defendants,<br>and<br><br>LINN ENERGY, LLC,<br><br>    Nominal Defendant. | CASE NO. 4:13-cv-03099-MH |

## [PROPOSED] ORDER

The Court, having considered the joint motion by the Lombardo Trust and the Feldman Trust and the Parker Family Trust's Motion, finds that Parker Family Trust's Motion should be DENIED ~~in its entirety~~. [as to #'s 24 & 25]

**IT IS SO ORDERED.**

DATED: 12-3-13

_____
HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

1